THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE A. SABASTRO, Appellant. [890 NYS2d 365]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SIGSBEE, Appellant. [890 NYS2d 365]—

Present—Scudder, P.J., Hurlbutt, Smith and Centra, JJ.